

# NUMBER 13-12-00639-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JOHN EDWARD DIMAS,                                             **Appellant,**

**v.**

NOE IBARRA PUENTE,                                             **Appellee.**

### On appeal from the 370th District Court
### of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Benavides and Perkes**
**Memorandum Opinion Per Curiam**

Appellant, John Edward Dimas, perfected an appeal from a judgment entered by the 370th District Court of Hidalgo County, Texas, in cause number C-2649-12-G.  The parties have filed a joint motion to dismiss appeal on grounds that the parties have reached an agreement regarding the matters at issue in this appeal.  The parties request

that this Court dismiss this case without prejudice to appellant's right to contest the validity of the temporary injunctions in any contempt proceeding.

The Court, having considered the documents on file and the joint motion to dismiss without prejudice, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss is granted, and the appeal is hereby dismissed without prejudice to appellant's right to contest the validity of the temporary injunctions in any contempt proceeding. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

The parties request immediate issuance of our mandate. *See* TEX. R. APP. P.18.1(c). The motion is GRANTED. We direct the Clerk of the Court to issue the mandate immediately.

PER CURIAM

Delivered and filed the
29th day of November, 2012.